Magistrate Judge Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE'S DOCKET NO. |
| ) | CASE NO. 04-5029M |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR DISMISSAL |
| ) | |
| JASON E. TIPTON, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER coming before the Court upon motion by the United States, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the criminal complaint of February 27, 2004, against JASON E. TIPTON, defendant, is dismissed without prejudice.

DATED this 3rd day of April, 2006.

   s/ Karen L. Strombom
KAREN L. STROMBOM
United States Magistrate Judge

Presented by:

s/ Gregory A. Gruber
GREGORY A. GRUBER
Assistant United States Attorney